NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE S. MARTIN, | ) | No. C 07-4020 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| KENNETH PONDER, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/5/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Martin020jud                    1

1  A copy of this ruling was mailed to the following:

2

3  Ronnie S. Martin
   T-64750
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA  93960-1050

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28